United States District Court of MA.

Jeffrey Gibson

Clerk and Court

1916 Franklin Ave

1 Courthouse U.S. Court

Harrisburg PA 17109

Boston MA 02210

FILED
IN CLERKS OFFICE

May/9/2005

05-11228 JLT

Gibson US. Each Stated of united states, Federal Judges Caldwell Rambo u.s. district Harrisburg PA Judges Slouiter, mckee, Barry Smith u.s. Federal court Appeals Phila. PA and Scirica and u.s. Attorney Harrisburg PA and u.s. Attorney General/washington D.C. Susquehanna Township Harrisburg PA. and united States ~~~~~~~~~~ Court of Appeals ~~~ Clerk Waldron Phila PA.

(1) motion to leave In foma pauperis and under the Writen power of united States Constitution, Invoking united States Constitutions marshal Statues. and to uphold the united states constitution.

(2) motion to u.s. District Court and First u.s. Court of Appeals For a united States Constitutional Court to be Head. which would be one of Two constitutional court.

(i) Two u.s. District court Judges and one u.s court First Appeal Judge and the other would 3 u.s. District Judges and 3 u.s. Court Appeal Judges. (3) motion to Reopen Case [ No 04-3119 ]
Clerk and Court,

Please use the page from what I have Send
Clerk u.s First Coort of Appeals "Please" (Invoking
united States Constitutional marshal Status)

Jeffrey Gibson

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

FILED
CLERKS OFFICE

May 5, 2005

05 MAY 12 P 2:59

U.S. DISTRICT COURT
DISTRICT OF MASS.

Mr. Jeffrey Gibson
1916 Franklin Avenue
Harrisburg, PA 17109

Dear Mr. Gibson:

I am returning the enclosed materials to you at this time because you have no appeal pending before this court. Further, it is unclear as to whether you are attempting to initiate an original proceeding in this court, and, if so, what sort of proceeding.

This court is a court of appeals. Civil complaints should be filed in the district court. If your intent is to appeal a district court order or judgment, a notice of appeal should be filed in the appropriate district court pursuant to Federal Rules of Appellate Procedure 3 and 4. See also 28 U.S.C. § 1291 (governing appeals of final decisions) and § 1292 (governing interlocutory appeals). Please note that this court reviews decisions entered by the United States District Courts for the Districts of Maine, Massachusetts, New Hampshire, Rhode Island, and Puerto Rico. Since your inquiry appears to relate to a civil action filed in the U.S. District Court for the Middle District of Pennsylvania, I suggest that you direct your correspondence to that court, or if you intend to file an appeal, to the U.S. Court of Appeals for the Third Circuit.

Sincerely,
Richard Cushing Donovan, Clerk

By: _____
Julie Gregg, Operations Manager

Enclosures

Wed States ~~District Court~~    ~~District Court~~

Clerk and Court

228 Walnut St

~~Washington D.C 2000~~

Harrisburg P.A 17108

[ Page 1 ]

~ April/18/2005

Jeffrey Gibson

1916 Franklin Ave

Harrisburg P.A 17109

April 13/2005

FILED

APR 18 2005

Gibson v. Federal court Clerk Waldron, U.S. court of Appeals Phila PA

Federal Judges Slouiter, mckee, Caldwell, Rambo, Nygaard

PER HARRISBURG, PA.   DEPUTY CLERK Smith Chief Judge Scirica and U.S Attorney

Harrisburg Pa. U.S. Attorney General, Susquehanna Twp.

and Each State of united States. Case No. 1-CV-05-532

) motion to leave In forma pauperis and Invoking United States

Constitutional marshal Status. [ I here request leave to U.S

First court of Appeal, do to the Number of Federal Judges

at the U.S court of Appeal in Phila P.A and the court clerk.

) motion asking the First united States court of Appeal to order

Each State in the united States to Send in to the court and

me" a Brife, on each States Black and color Taxes.

Clerk and court,

   (1) U.S. District court Judge Kane, wrote that

   my case was Frivolous, That means that all Federal

Laws on conspircy and Fraud, are To. Please Note at ~~that~~ No

ime did the U.S District court look the Ruling U.S. court Appeal

ate march/7/2005, Please Note Federal Judge Greenberg, Retired

4 was Replace by ~~that~~ Fister. Federal Judge Greenberg could not have

le on a case in 2005,(1) That Conspircy and Fraud part one

+ Two, Each State of united States has a Black and color land Tax

I Tax.

Jeffrey Gibson

Hed States ~~District~~ Court ~~Appeals~~

Clerk and Court St
228 Walnut St
~~Washington D.C. 2000t~~
Harrisburg P.A 17108

[ Page 2 ]

Jeffrey Gibson
1416 Franklin Ave
Harrisburg P.A 17109
April /2 /2005

April /18/2005

Gibson US. Waldron et al. Case No. 1-CU-05 - 532

Clerk and court, [ Statement and clam of Relief ]
        This case was about Conspiracy and Fraud. Please
    Note, No State in united States can be ~~sued~~ as in a Law
[ Suit ] To give a Brife to on Black and Color Tax. Not.
    Judge Kane, wrote that was Frivolous. So is the 1964
    Civil Rights Frivolous. [ No. ] Please also Note ~~the~~ [Jaskins]
    11 million dollars, is to Come from Each State of united States
    and Susquehanna Township. That is 11 million united States
    dollars Total, Not each State to have to pay that.]
    why. (Brifes) Each State Brife will be History.
    and Relied on millions of people in the united States to
    end un Justic Taxes. Please also.
    I motion to order Subpoena on Susquehanna Township Taxing
    land owner Taxes. and Each State of united St. t.s. 1952 to 2005
    on page 2 of u.s. District court Judge Kane, order and Ruling
    Case 04-3114 be looked into and 04-3118 Please.
    Motion to all above wroten.
                    Jeffrey Gibson

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEFFREY GIBSON,** | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 1:CV-05-532** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **MARCIA M. WALDRON, et al.,** | : | |
| **Defendants** | : | |

## ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Before the Court are Plaintiff's pro se Complaint (Docs. No. 1 and 4) and Application to

proceed In Forma Pauperis (Doc No. 3).[1]  Plaintiff's application to proceed in forma pauperis is

hereby granted, however, Plaintiff's complaint will be dismissed as legally frivolous, pursuant to 28

U.S.C. § 1915(e)(2)(B)(i).

The Court is required to review a pro se plaintiff's complaint prior to service of process under

28 U.S.C. §1915(e).  This section states:

> (2) Notwithstanding any filing fee, or any portion thereof, that may have been paid,
> the court shall dismiss the case at any time if the court determines that--
>> (A) the allegation of poverty is untrue; or
>> (B) the action or appeal--
>>> (i) is frivolous or malicious

\* \* \*

28 U.S.C. §1915(e).  A complaint is frivolous "where it lacks an arguable basis either in law or in fact"

or the claims describe "fantastic or delusional scenarios." Neitzke v. Williams, 490 U.S. 319, 325-28

---

[1] On March 25, 2005, Plaintiff filed an untitled document against the above captioned
Defendants, in which he asserts additional facts.  The Court construes these factual allegations as an
addendum to his original complaint.

(1989).

In his handwritten complaint, Plaintiff alleges that a Federal Court Clerk, multiple Federal Judges, the United States Attorney General, an unnamed United States Attorney, and every state of the United States of America, conspired to defraud him "and all blacks and color people [sic]" by failing to issue requested subpoenas and through the issuance of a "Black Tax." (Doc. No. 1.) Plaintiff also alleges that on March 21, 2005, a Susquehanna Township Police officer ordered him to register his bicycle, which he subsequently did.[2] (Doc. No. 4.)

Plaintiff seeks eleven million dollars, Susquehanna Township tax records from 1952 through the present, the "End to all Color and Black Taxes," appellate re-review of civil cases number 04-3118 and 04-3119, and "United Constitutional marshal status [sic]." (Doc. No. 1). Even under the most liberal reading of the Complaint, Plaintiff fails to allege any facts that would provide an arguable basis in law or fact for any claim for which relief can be granted.

Accordingly, **IT IS ORDERED THAT** Plaintiff's application to proceed in forma pauperis (Doc. No. 3) is **GRANTED. IT IS FURTHER ORDERED THAT** Plaintiff's complaint (Docs. No. 1 and 4) is **DISMISSED** pursuant to 28 U.S.C § 1915(e)(2)(B)(i). The Clerk of Court is directed to close the file.

.

_S/ Yvette Kane_

---

[2] Susquehanna Township Ordinance 58-4, §102 requires that "[e]very owner of a bicycle . . . shall list and register with the Police Department of Susquehanna Township at Police Headquarters, his name and address, the name of the manufacturer of the bicycle, its number, style and general description."

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## Nos. 04-3118 & 04-3119

Gibson v. Caldwell

To: Clerk

1)  Motion to leave the U.S. 3 court of Appeal to have both case heard and
    reheard under Federal Laws on [conspiracy to deny and, out and out Fraud
    by clerk of court 3 U.S. Court and Federal Judge Sloviter and McKee and
    U.S. Attorney.  This also Fraud and conspiracy on the U.S. Constitution

_____

The foregoing Motion is denied.  The proceedings in regard to 3rd Cir.
No. 04-3119 have concluded and a second petition for rehearing will not be considered.
As to 3rd Cir. No. 04-3118, the appellant may make any arguments which are
appropriate in his petition for rehearing in that case.

As noted, no new petition for rehearing will be accepted as to 3rd Cir. No. 04-
3119 since there are no further proceedings in that appeal contemplated by the Federal
Rules of Appellate Procedure.

For the Court,

*Marcia M. Waldron*

Clerk

Dated:  April 1, 2005
CMH/cc: JG, SRC

Invoking United States Constitutional Marshal Sig-fus.
AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Jeffry G, Gibson _____ being first duly sworn, depose and say
I am the petitioner in the above-entitled case; that in support of my
on to proceed without being required to prepay fees, costs or give
rity therefor, I state that because of my poverty I am unable to pay the
s of this case or to give security therefor; and that I believe I am
tled to redress.

I further swear that the responses which I have made to the questions
instructions below relating to my ability to pay the cost of proceeding
his Court are true.

Are you presently employed?   Yes----   No--X--
a.   If the answer is yes, state the amount of your salary or wages
     per month and give the name and address of your employer.

_____
_____
_____

b.   If the answer is no, state the date of your last employment
     and the amount of the salary or wages per month which you
     received.   Jan 1996 / 240.oo

_____
_____

Have you received within the past twelve months any income from a
business, profession or other form of self-employment, or in the
form of rent payments, interest, dividends or other sources?
                        Yes----  No --X--
a.   If the answer is yes, describe each source of income and state
     amount received from each during the past twelve months.

_____
_____

Do you own any cash or checking or savings account? Yes.---- No --X--
a.   If the answer is yes, state the total value of the items owned.

_____

Do you own any real estate, stocks, bonds, notes, automobiles, or
other valuable property (excluding ordinary household furnishings
and clothing)?  Yes ----  No --X--
a.   If the answer is yes, describe the property and state its
     approximate value.

_____
_____

List the persons who are dependent upon you for support and state
your relationship to those persons.   None

_____

are under penalty of perjury that the foregoing is true and correct.

ed on:   July/7/2003          /s/ Jeffrey G. Gibson        DEPUTY CLERK

April/26/2004

United States District Cort     State Attorency     Jeffrey Gibson
Clerk and Court                 General office
228 Walnot St                   Harrisburg PA 17108    1916 Franklin Ave
Harrisburg, P.A.                                       Harrisburg PA 17105
                                FILED
                                WORKERS OFFICE -       March/22/2005
                                2005 MAY 12  P 2:50   05-11228 JLT
Gibson vs. Federal Clerk Waldron, Stooler, McTee, Caldwell
            Ranbo, Nygaard, Smith, Berry, Scirica and  Referred to #T J6 Deip
            U.S. Attorney, U.S. Attoreny General, Susquehanna TWP
            and each State of United States
            No - 1 - CV - 05 - 532          Please to note
                                            Should this act be
                                            done again I will call P.A
    Clerk and Federal Judge Kane.)          State Police and U.S. Marshal

    I here this day file Federal action on Susquehanna Township
    police dept. (1) under the united States constitution Bill of
    Rights, 1964 civil Right act on Crimal [ANuasment] and
    conspiracy. ][ on march/21/2005 when I was Rade "my"
    Bicycle, that was made in 1986. I was legaly Stoped and was
    Tell a lady Some New. when a Susquehanna TWP Police
    Jomen came up to me a Order me to pull a rec stor Number
    n my Bicycle or it would be problem. I told Her that I did
    ced one. The police office that told me I will put on.
    , I did. Number 6373. Judge Kane, That (anuasment).
    uSquhanna TWP police dept never did that again before.
    That Said Someone order the police to do This.

                    Jeffrey Gibson
            United States Constitutional marshal

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 04-3119

_____

JEFFREY GIBSON,
Appellant

v.

UNITED STATES SECRETARY OF
DEFENSE; US ATTORNEY GENERAL

_____

SUR PETITION FOR REHEARING

Present:    SCIRICA, Chief Judge, SLOVITER, NYGAARD, ALITO, ROTH,
McKEE, RENDELL, BARRY, AMBRO, FUENTES, SMITH,
CHERTOFF, FISHER, and VAN ANTWERPEN, Circuit Judges

The petition for rehearing filed by Appellant Jeffrey Gibson in the above-entitled case

having been submitted to the judges who participated in the decision of this court and to

all the other available circuit judges of the circuit in regular active service, and no judge

who concurred in the decision having asked for rehearing, and a majority of the circuit

judges of the circuit in regular active service not having voted for rehearing by the court

en banc, the petition for rehearing is denied.

By the Court,

/s/ Dolores K. Sloviter
Circuit Judge

Dated: February 8, 2005
CMH/cc: JG

**EPS-20**                           **UNREPORTED - NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 04-3118

JEFFREY GIBSON,
Appellant

v.

FEDERAL JUDGE CALDWELL;
FEDERAL JUDGE NYGAARD;
FEDERAL JUDGE BARRY;
FEDERAL JUDGE SMITH;
U.S. ATTORNEY SUSQUEHANNA TOWNSHIP

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 04-cv-01157)
District Judge: Sylvia H. Rambo

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
February 28, 2005

Before: SLOVITER, McKEE and GREENBERG, Circuit Judges

(Filed  March 7, 2005)

OPINION

PER CURIAM

    Jeffrey Gibson, proceeding pro se, appeals the order of the United States District

**EPS-20**                          **UNREPORTED - NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 04-3118

_____

JEFFREY GIBSON,
Appellant

v.

FEDERAL JUDGE CALDWELL;
FEDERAL JUDGE NYGAARD;
FEDERAL JUDGE BARRY;
FEDERAL JUDGE SMITH;
U.S. ATTORNEY SUSQUEHANNA TOWNSHIP

_____

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 04-cv-01157)
District Judge: Sylvia H. Rambo

_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
February 28, 2005

Before: SLOVITER, McKEE and GREENBERG, Circuit Judges

(Filed  March 7, 2005)

_____

OPINION

_____

PER CURIAM

    Jeffrey Gibson, proceeding pro se, appeals the order of the United States District

2005

# TRANSCRIPT PURCHASE ORDER

| District Court | Court of Appeals Docket No. |
|---|---|
| NO-1-CU-**532** ws District NbgPA | District Court Docket No. 1-CU-05-532 |

Short Case Title __Gibson US. Waldron, each State in united States et al__

Date Notice of Appeal Filed by Clerk of District Court _____ _ 9-59
To Be Send to United States First Court os Appeals

**PART I.** (To be completed by party responsible for ordering transcript)   NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A   Complete one of the following and serve ALL COPIES:
**TRANSCRIPT:**

APR 1 9 2005

☐ None        ☐ Unnecessary for appeal purposes.
☑ Already on file in the D.C. Clerk's office.
☐ This is to order a transcript of the proceedings heard on the date listed below from _____ (Name of Court Reporter)   **DEPUTY CLERK**

(Specify on lines below exact date of proceedings to be transcribed).   If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

__motion to leave In forma pauperis and Invoking united States__
__Constitutional marshal StatuS, U.S. First court of Appeal__

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in trial transcripts.

Voir dire ☐ ;  Opening statement of plaintiff ☐   defendant ☐
Closing argument of plaintiff ☐    defendant ☐
Jury instructions ☐    Sentencing Hearings ☐

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B.   This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.   The method of payment will be:

☐ Criminal Justice Act (Attach copy of CJA form 24)
☑ Motion for transcript has been submitted to DC Judge
☐ Private Funds

Signature __Jeffry Gibson__                            Date __April 2/2005__

Print Name __1916 Franklin Ave__            Counsel for _____

Address __Harrisburg P.A 17109__            Telephone _____

---

**PART II.**   COURT REPORTER ACKNOWLEDGMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

☐ Arrangements for payment were made on _____

☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

---

**PART III.**   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages            _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

Copy 1 - Court Reporter to copy to be returned to appellant upon completion of Part II

nited States First Court Appeals                    Jeffrey Gibson

Clerk and Court                                     1916 Franklin Ave
                            Page 1                   Harrisburg, P.A 17109
Washington D.C. 2000                  P 2:33         April/2/2005

U.S. C... OF APPEALS FOR
DISTRIC ... CIRCUIT
APR 1 1 2005
RECEIVED

Gibson us. Federal court Clerk Waldron, u.s. court of Appeals Philn PA
        Federal Judges Sloviter, mckee, Caldwell, Rambo, Nygaard
        Barry, Smith Chief Judge Scirica and u.s Attorney
        Harrisburg Prt. U.S. Attorney General, Susquehanna Twp.
        and Each State of united States. Case No. 1-CU-05-532

1) motion to leave In forma pauperis and Invoking united States
   Constitutional marshal Status. [ I here quest leave to u.s
   First Court of Appeal, clo to the Number of Federal Judges
   at the u.s Court of Appeal in Phila P.A and the court clerk.

2) motion asking the First united States court of Appeal to order
   Each State in the united States to Send in to the court and
   "me" a Brife. on each States Black and color Taxes.

   Clerk and court,
                (1) u.s. District Court Judge Kane, wrote that
                my case was Frivolous. That means that all Federal
        Laws on conspircy and Fraud, are To. Please Note at   NO
   time did the u.s District court look the Ruling u.s. court Appeal
   date march /7/2005, Please Note Federal Judge Greenberg, Retired
   004 was Replace by  Fister. Federal Judge Greenberg could not have
   ide on a case in 2005.(1) That Conspircy and Fraud purt one
   rt Two, Each State of united States has a Black and color land Tax
   nd Tax.
                        Jeffrey Gibson

nited States First cou Appeals [Page 2]

Clerk and Court

Washington D.C. 20001

Jeffrey Gibson
1916 Franklin Ave
Harrisburg P.A 17109
April / 2 / 2005

Gibson US. waldron et al. Case No. 1-CU-05-532

Clerk and court, [Statement and clam of Relief]

This case was about Conspiacy and Freud. Please

Note, No State in united States can be ~~sued~~ as in a Law

[Suit] To give a Brife to on Black and Color Tax. Not.

Judge Kane, wrote that was Frivolous. So is the 1964

Civil Rights Frivolous. [No.] Please also Note ~~[Asking]~~

11 million dollars, is to come from Each State of united States

and Susquehanna Township. That is 11 million united States

dollars Total, Not each State to have to pay that.]

why. (Brifes) Each State Brife will be History.

and Relief on millions of people in the united States to

end un Justic Taxes. Please also.

1) motion to order Subpoena, on Susquehanna Township Taxing

land owner Taxes. and Each State of united States. 1952 to 2005

) on page 2 of U.S. District court Judge Kane, order. and Ruling

case 04-3119 be looked into and 04-3118 Please.

motion to all above wroten.

Jeffrey Gibson

United States First Court Appeals
Clerk and all Judge of Court
u.S. Court house First Appeals
Washington D.C. 20001

Jeffrey Gibson.
1916 Franklin Ave
Harrisburg P.A 17109

April /4/2005

united States District Court
Clerk and Judge Kane
228 Walnut St
Harrisburg P.A 17108

united States Attoreny General and Harrisburg U.S. Attoreny
Justic Dept
washington D.C. 20510

In voking united States Constitutional
marshal and Citzen Warren

Gibson us. Waldron et al. case No 1-CV-05-532

Clerk and all Judges First court Appeal, [ Please Note ]
Federal Judge Kane
u.s. Attoreny General        on this day April /4/2005. I got
                             a letter from u.S. Court Appeal
             Clerk, a copy is Add. Please Note

1) it was date April /1/2005
2) This letter is Fraud and Super Conspiracy. it Stated I have Send
u.S Court of Appeal a motion on Case No. 1-CV-05-532, I did Not.
Why because Federal Judge Kane u.s District did Not Rule on my
Case to April /1/2005, So How did I Have one also filed and
Ruled on the Same date.
3) under and to up hold the united Constitution, Bill of Rights.
as In voking united States Constitutional Marshal and a
Citzen Warren and u.s constitutional Warren on
federal Clerk Waldron ]      Jeffrey Gibson