United States Court of ~~Appeals~~ District     Jeffrey Gibson
Clerk and Court                                  1916 Franklin Ave
21400 U.S. Courthouse   U.S. District Court     Harrisburg PA 17109
601 Market St.          1. Courthouse Way
Phila P.A. 19106        Boston MA   05-11228 JLT

Gibson vs. Secretary of Defense U.S. and United States
Attorney General Case No. 04-3119

Clerk and Court,
  I have been "told" that the week before Dec/26/2004
united States Space Center, send up the bigges News
Rocket, an Astrophysic and Geophysic ~~space~~ earth
orbiting [unit,] That was [Tested.] Did united States
do This. and did something other natral force
be at work.
  Please Read my 2 page Report and add it to
my case.
  United States constitutional mashal Jeffrey Gibson

  Please Note This is one Time I would Hope
That is a natral force and Not a
Astrophysic, geophysic Space firing unit.

United States Court of ~~Appeals~~ District    Jeffrey Gibson
Clerk and Court                                 1916 Franklin Ave
21400 U.S. Courthouse  U.S. District Court     Harrisburg P.A 17109
601 market St.         1 Courthouse Way
Philn P.A. 19106       Boston MA 05-11228 JLT

Gibson vs. Secretary of Defense U.S. and United States Attorney General Case No. 04-3119

Clerk and Court,
   I have been "told" that the week before Dec/26/2004 United States Space Center, Send up the bigges News Rocket, an Astrophysic and Geophysic ~~special~~ earth orbiting [unit.] That was [Tested.] Did united States do This. and did SomeThing other natral force be at work.

   Please Read my 2 page Report and add it to my Case.

   United States constitutional marshal Jeffrey Gibson

   Please Note This is one Time I would Hope That is a natral Force and Not a Astrophysic, geophysic Space firing unit.

Jan/2/2005

[Earthquake Dec/26/2004] [Page 1] Jeffrey Gibson
1916 Franklin Ave
Harrisburg PA 17109

India ocean. Rotional movement of unisversal galaxars and Solor System. The Earth. may have Rotion in to one.

(1) a Super Slow moving metor, astor, Spaceal energy of matter mass and or Solar gases. an massent Super gas ball, Not in size of Spaceal area but in Total energy per mass. That was Send off by our Sun.

2) an unisveral out Spaceal energy and inter normal Spaceal area gas ball. That was made in or out side the unisveral spaceal area. That Never moved in to the Earth → unisver → galaxar moved in to it.

3) an Comis energy Spaceal mass and matter ball or area That is moving at or not. may have be puted in to the Earth by a Earth natral door opening to the India ocean Dec 23 to 26. 2004. Give a normal earthquake [Super energy.]

1) The Earth has natral earth doors that open each day and night 7 to 21 minus. or longer. birds like Ridons and whales in others use then. Natral Time doors open every 40 min. unisveral doors every 11 to 33 min. per total earth rotion. all natral doors can and do open at Earth to Earth at ime and Earth to unisver and Soomr or

[Earthquakes Dec./26/2004] [Jan/2/2005 Page 2]   Jeffrey Gibson
India Ocean                                       1916 Franklin Ave
                                                  Harrisburg PA 17109

(5.) an energy Spaceal and or, matter and mass that moves at a Super Slow Speed, That is putted in to a inter Spaceal nutral door.

- inter Spaceal inter layer Just before total inter Space.
- Super Slow moving ball or area of Spaceal energy, mass, gases, and matter. That has been puted in to Inter Spaceal outer layer, but Not total in to Inter Space
- [Equal total put and pill - No movement.]
- This ball or area of Spaceal energy, gases, matter can not be Seen. [or] look at.
- outer inter Spaceal layer Just below normal Space.

as the unisveral rotion and galaxar and Solar System rotates. The Earth each 100 years or more Come in to one or more Spaceal energy ball or area.
The Earthquake Dec/26/2004 India ocean was Super power. Note No wave Hit the South African area in the India ocean. and South Pole.

Page 1                                     Jan/12/2005
                                            Jeffrey Gibson

Work page on Equal Balance Rotion
_____

(1) One to ~~two~~ 40 pages on what did ~~~~ and could have
ped the
thearke ~~~~, in India Ocean. Reports, on Astrophisyic
and geophisyic maps on the cerea 24 hours before and
on that days of.

(2) Super slow moving Something 4 to 12 pages
The earth may have 100s to millions of them around each day.

(3) unisveral outer spaceal energy and layers of normal
Space and Inter Space. 3 to 4 pages

(4) Computer Art make up. one on each part of the
work and or Just one Computer move.

(5) Comisic
~~~~ energy 1 to 2 pages?

(6) Earth normal doors [1 to 3] Time doors, and unisveral
doors.(note This will each show that planets and unisver is liveing State.

(7) Equal balance Rotion 1 to 7

(8) Counter balance Spaceal area Rotion 1 to 3 pages an ieda
only.][ comsic energy Could it be outer layers of Inter Space

(9) unisveral to unisveral normal doors.

10) normal doors Theory or iedas how to open them and use them
To move from one area of earth to other and so on.

11) Robins and whale use netral earth doors, what others.

Jeffrey G. Ibson   Jan/12/2004

(12) Run a 100 year history (Ocean) as to what may have been. Ocean wave graveational earth points. and moon and other planeter and Solar actions 7 days before Dec/26/2004 India Ocean. [look in to Japane Shiping war 2. on and around that area of the ocean. and a Total earth geo-graveational maps 30 days before and on that day.

(13) The Total energy per 4 parts of earths graveational feilds, as to Reports of peoples normal weight being great per mass or less per mass. Then Run a Computer-mapping on all lighting Hits on Dec/26/2004 around the earth. Could the earthquake Dec/26/2004 power open 11 to 40 or less earth to earth to Time doors and earth to uni9veral doors. ]/ and or Send Spaceal energy Through and un-natral earth, Time, unisveral door.]

(14) Run a Computer math arc lines to the earthquake Center and Then over layer it with all Comsic Rays, Solar spaceal energy on and in the earths Orbiter around are Sun. were their Small or big Sun spots. Dec/23/24/25/ and 26/2004.
note This Total earthquake force may have open Some doors up to 11 to 40 days. Should This "be". Comsic Rays may Show then. in . State of open.

*Jeffrey Gibson*

Universal Rotation

Jan/25/1989

In this theory I will show how our ~~first~~ universe was made and how it rotates.

"Notes"

$esm = (g) + e + w = Smc$

energy times the space times the mass of pure energy and space (pure space, and pure energy are the two thing that are, outside our universe.) will equal the graveational energy added with the graveational wave or fields of graveilty.

That will give the total power of the "universe" that was made from the first part of the theory and that will equal the area of space, ~~and~~ times the matter of mass times the given speed. In which the graveational energy will make Rotation and the energy mass and or matterr mass energy, (movment) or give off power to rotate in that area of space area.

Jeffrey Gibson

$$esm = (g) + e + w = Smc$$

(1) e = energy, be that energy pure or energy that is made within the universe.
   pure energy is a given size and shape of energy. ~~But not~~ energy ~~no~~ matter, how big or small much take up space area and space.

(2) S = Space, Their are 3 or more kinds of space.
   (A) The space outside our universe which is pure space. Total pure space.
   (B) Space, the inside of the universe, of which as mass of matter and energy mass ~~of~~ matter.
   (C) Space; interspace The space area inside the ~~a~~ Space in a universe, but ~~is~~ Not pure space. Total pure space have no interspace area.

(3) m = mass of space and energy, is when pure energy being to change in an area of pure space. This change mades super pure waves of graveitly. and pulls other areas of pure energy to it. At this time another space area is made, our universe.

(4) (g) = graveational energy Spire mass. equals
   as the universe was talking on a size and shape, the graveational pure energy, but not total pure graveational energy space mass, Is the compelet power of the universe. That give of graveilty waves or fields.

*Jeffrey Gibson*

Page 2

Universal Rotation.

Jan/25/1989

$$eSm = (g) + e + w = Smc$$

(5) $e + w$ = gravitational energy and waves or fields inside the "universe"

(6) $S$ = inter-universal Space that has universal "Time" fields and interspace in the Space area in the universe.

(7) $m$ = matter of mass in the universe, be of matter of mass, all the area inside universe or all the area of "Time" in the universe and all the interspace area of the universe.

(8) $c$ = Speed, as all of this theory comes to equal the Speed outside of the universe, in which our universe is moveing through pure Space. "universal rotation" of space energy mass and gravitational energy matter of mass, and the 2 kinds of "Time" The energy speed of the universe that makes in universal "Time" and sub time, Sub Time Space area and The Time area outside and around our universe. which is "Time" energy that gives and controls the other Time area of universal Time.

This theory not only show that the universe Rotates But also that the universe has a given energy Space mass and matter

Jan/14/2005

Spaceal Space math

0+0 = 1] should you have two math give sizes it would equal one

0-0 = 2] and it can be 0. Spaceal space area

0x0 = 3] can be 3 or 33 Spaceal Space area per given Space

0÷0 = 11] in normal uniseeral Spaceal Space area can be 12.] note should the given Size of space be greater then or less then the Total it may become a State of + and - math.

Jeffrey Gibson

Case 1:05-cv-11228-JLT   Document 2   Filed 06/10/2005   Page 11 of 11

