UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY GIBSON,<br>      Plaintiff,<br><br>v.<br><br>U.S. COURT OF APPEALS, ET AL.,<br>      Defendants. | )<br>)<br>)<br>)   C.A. No. 05-11228-JLT<br>)<br>)<br>) |

ORDER OF DISMISSAL

TAURO, D.J.

In accordance with the Memorandum and Order dated August 2, 2005, directing dismissal of this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

By the Court

/s/ Zita Lovett

Dated: August 4, 2005          Deputy Clerk