CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

No. 05-2475

IN RE: JEFFREY GIBSON,

　　　　　　　Petitioner.

Before

Lynch, Circuit Judge,
Campbell, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: October 12, 2005

　　Petitioner's petition for writ of mandamus and all other requests for relief are denied. To the extent petitioner is complaining about the actions of a federal district court judge in Pennsylvania, this court lacks jurisdiction.

　　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　Richard Cushing Donovan, Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 10/19/5

　　　　　　　　　　　　　　　MARGARET CARTER
　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　Chief Deputy Clerk.

[Cert. cc: Hon. Joseph L. Tauro, Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Mr. Gibson]